IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARWAND ROAD AND CONSTRUCTION COMPANY, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>ACI-SCC JV, et al., </br></br>　　　　Defendants. | )</br>)</br>)</br>)</br>)</br>) Civ. No. 16-317-SLR</br>)</br>)</br>)</br>) |

**ORDER**

At Wilmington this 16th day of December, 2016, having reviewed plaintiff/judgment creditor's application for appearance, examination, and production of documents of a third party (D.I. 16); application for issuance of writ of execution (D.I. 17); and motion to appoint a manager and trustee and for an assignment (D.I. 18);

IT IS ORDERED that, before any of the above requests for relief shall be granted, plaintiff shall supplement the record as follows:

1. **Application for appearance (D.I. 16).** On or before **January 6, 2017**, plaintiff shall provide authority for the proposition that the United States government is subject to such process.

2. **Application for writ of execution (D.I. 17).** On or before **January 6, 2017**, plaintiff shall provide authority for the proposition that a judge of this court has the authority to direct enforcement of the judgment by the State officers named in the writ.

3. **Motion to appoint a manager (D.I. 18).** On or before **January 6, 2017**,

plaintiff shall provide authority for the proposition that a judge of this court has the authority to execute the provisions of 6 Del. C. § 18-805, which statute is directed to the Court of Chancery.

_____
United States District Judge